# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
August 30, 2018

Lyle W. Cayce
Clerk

No. 18-40131
c/w No. 18-40133
Conference Calendar

UNITED STATES OF AMERICA,

　　　　　　　　　　　　Plaintiff-Appellee

v.

VICTOR HUGO CASTILLO-GONZALEZ,

　　　　　　　　　　　　Defendant-Appellant

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 1:16-CR-141-1
USDC No. 1:17-CR-490-1

Before DAVIS, JONES, and DUNCAN, Circuit Judges.

PER CURIAM:*

　　The Federal Public Defender appointed to represent Victor Hugo Castillo-Gonzalez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Castillo-Gonzalez has filed a response.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-40131
c/w No. 18-41033

The record is not sufficiently developed to allow us to make a fair evaluation of Castillo-Gonzalez's claim of ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the records reflected therein, as well as Castillo-Gonzalez's response. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.